| | |
|---|---|
| 1 | James J. Pisanelli, Esq., Bar No. 4027 |
|   | JJP@pisanellibice.com |
| 2 | Todd L. Bice, Esq., Bar No. 4534 |
|   | TLB@pisanellibice.com |
| 3 | Debra L. Spinelli, Esq., Bar No. 9695 |
|   | DLS@pisanellibice.com |
| 4 | Jordan T. Smith, Esq., Bar No. 12097 |
|   | JTS@pisanellibice.com |
| 5 | PISANELLI BICE PLLC |
|   | 400 South 7th Street, Suite 300 |
| 6 | Las Vegas, Nevada 89101 |
|   | Telephone: 702.214.2100 |
| 7 | Facsimile: 702.214.2101 |

*Attorneys for Plaintiff Whittlesea Blue Cab Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WHITTLESEA BLUE CAB COMPANY, a Nevada Corporation, | Case No.: 2:14-cv-01993-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| RASIER, LLC, a Delaware Limited Liability Company; UBER TECHNOLOGIES, INC., a Delaware Corporation; ASSEFAW SELTENE BAHTA, an individual; MARK BRAGEN, an individual; KEVIN CARTY, an individual; ELCIDJOHN BALILO DIZON, an individual; MICHAEL ELSNER, an individual; MARCO FALCHI, an individual; EDWIN FAJARDO, an individual; VARDUI HAKOBYAN, an individual; JOSEPH KOLANSKI, an individual; PAULIE LARAMINE, an individual; GARY ARTHUR LINK, an individual; LAURINCE LOVELIFE, an individual; MARSHAL LEE MACRI, an individual; MICHAEL MENGISTU, an individual; ANTHONY MORRIS, an individual; MARIA NEKLJUDOVA, an individual; MICHAEL PETERS, an individual; OWEN POMERANTZ, an individual; EMERLITA TORRES, an individual; MULUGETA TUNI, an individual; JOHANNA TRELLES, an individual; NANCY WONG, an individual; and DOES I through X, inclusive, | |
| Defendants. | |

1

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree to the dismissal of this action **WITHOUT PREJUDICE**.  The parties expressly agree that the dismissal of this action does not trigger the two-dismissal rule as the parties are agreeing that this dismissal is without prejudice notwithstanding the fact that Plaintiff had previously voluntarily dismissed a prior action involving Defendants Uber Technologies, Inc. and Rasier, LLC.  The remaining defendants – KEVIN CARTY, ELCIDJOHN BALILO DIZON, MICHAEL ELSNER, MARCO FALCHI, JOSEPH KOLANSKI, PAULIE LARAMINE, MARSHAL LEE MACRI, MICHAEL MENGISTU, ANTHONY MORRIS, MICHAEL PETERS, OWEN POMERANTZ, MULUGETA TUNI, JOHANNA TRELLES and NANCY WONG – have not been served, have

/ / /

/ / /

/ / /

not made an appearance and have not been involved in a prior dismissed suit by Plaintiffs and thus Plaintiffs voluntarily dismisses this case **WITHOUT PREJUDICE** against them.

Respectfully submitted by:

| PISANELLI BICE PLLC | CAMPBELL & WILLIAMS |
|---|---|
| /s/ Todd L. Bice | /s/ J. Colby Williams |
| James J. Pisanelli, Esq., #4027 | Donald J. Campbell, Esq., #1216 |
| Todd L. Bice, Esq., #4534 | J. Colby Williams, Esq., #5549 |
| Debra L. Spinelli, Esq. #9695 | 700 South 7th Street |
| Jordan T. Smith, Esq., #12097 | Las Vegas, Nevada 89101 |
| 400 South 7th Street, Suite 300 | |
| Las Vegas, Nevada 89101 | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Stephen A. Swedlow |
| *Attorneys for Plaintiff Whittlesea Blue Cab Company* | Amit B. Patel |
| | 500 W. Madison St., Suite 2450 |
| | Chicago, Illinois 60661 |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Arthur M. Roberts |
| | 50 California St., 22nd Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| | *Attorneys for Defendants Uber Technologies, Inc.; Rasier LLC; Laurince Lovelife; Emerlita Torres; Maria Nekljudova; Gary Arthur Link; Mark Bragen; Edwin Fajardo; Assefaw Seltene Bahta and Vardui Hakobyan* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of February, 2015.

3